IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LEON LAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   04-1251 T/An |
| ) | |
| THE PROCTER & GAMBLE ) | |
| MANUFACTURING CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION TO COMPEL PLAINTIFF TO AMEND DISCOVERY RESPONSES

Before the Court is Defendant's Motion to Compel Plaintiff to Amend Discovery Responses filed on April 26, 2005. For the reasons set forth below, the Motion is **DENIED** without prejudice.

Defendant served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff on November 23, 2004. Plaintiff responded to the discovery requests on January 27, 2005, and Defendant argues that these responses were deficient. As such, Defendant's counsel mailed a letter to Plaintiff's counsel on March 24, 2005 "addressing the deficiencies in Plaintiff's interrogatory responses and Plaintiff's failure to respond in writing to the Requests for Production." (Mem. in Supp. of Mot. to Compel, at 2). Specifically, "Defendant's counsel requested that Plaintiff correct these deficiencies on or before April 1, 2005, by providing amended interrogatory responses." (*Id.* at 3). Defendant's counsel wrote that Plaintiff's counsel was welcome to discuss the alleged deficiencies with Defendant's counsel at

1

her convenience, but after not hearing from Plaintiff's counsel, Defendant filed the instant motion.

After due consideration, the Court concludes that Defendant's counsel failed to comply with Local Rules regarding consultation of counsel prior to filing the instant motion. Local Rule 7.2 provides:

> <u>Consultation by Counsel.</u> All motions, including discovery motions, but not including motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a certificate of counsel (with one copy) affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion. Failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion.
>
> The certificate must contain the names of participating counsel and the date and manner of consultation. The burden will be on counsel filing the motion to initiate the conference upon giving reasonable notice of the time, place and specific nature of the conference. If an opposing counsel or party refuses to cooperate in the conduct of a conference, counsel must file certificate to that effect, setting out counsel's efforts to comply with this rule.

Local Rule 7.2(a)(1)(B) for the Western District of Tennessee.

Local Rule 7.2 requires that counsel for the parties consult and make a good faith effort to resolve the discovery dispute. In this matter, there was no consultation, and it does not appear defense counsel made any effort to arrange a conference to see if the dispute could be resolved before filing the instant motion with the Court. The Court concludes that defense counsel only sent a letter which invited Plaintiff's counsel to contact her if Plaintiff's counsel wanted to discuss the alleged deficiencies. A month later, when plaintiff's counsel did not respond, defense counsel filed this motion. More effort to resolve the dispute is required to meet Local Rule 7.2's good faith standard.

For these reasons, the Court concludes that Defendant did not comply with the letter and spirit of Local Rule 7.2(a)(1)(B). As such, the Motion is **DENIED** without prejudice. Defendant may re-file the instant motion if and when there is compliance with Local Rule 7.2.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

May 24, 2005
DATE

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01251 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT