IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

LEON LAKE,                                   )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )          NO. 04-1251-T-An
                                             )
THE PROCTER & GAMBLE                         )
MANUFACTURING COMPANY,                       )
a corporation,                               )
                                             )
        Defendant.                           )
                                             )

## ORDER

The Court hereby GRANTS Defendant The Procter & Gamble

Manufacturing Company, Inc.'s ("Procter & Gamble") Motion To Exceed The

Page Limit On Motion For Summary Judgment.  Procter & Gamble's memoranda

in support of its motion for summary judgment shall not exceed 60 pages.


_____
S./Thomas Anderson
United States Magistrate Judge


_24 June 2005_
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _6/27/05_

1025.0009.256

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01251 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323


Honorable James Todd
US DISTRICT COURT