UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

LEON LAKE,

    Plaintiffs,

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

    Defendant.

CIVIL ACTIN NO. 04-1251-T-An
JURY TRIAL DEMANDED

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff has filed a Motion requesting leave to amend his complaint filed with this Court on July 8, 2003. For good cause shown, the Motion is granted. The Clerk shall file the Complaint submitted by Plaintiff along with the instant Motion.

**ENTERED** this 18th day of November, 2005.

                                        S. Thomas Anderson USMJ
                                      United States District Court

F:\CLIENTS\Lasby, Tony (15902)\Proctor & Gamble Manufacturing Co. (35765)\Pleadings\Order on Motion for Leave to Amend (Lake).doc

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01251 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT