# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

LEON LAKE,

      Plaintiffs,

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

      Defendant.

No. 1-04-1251
JURY TRIAL DEMANDED

---

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S APPLICATION FOR FEES ASSOCIATED WITH
## PREPARING AND FILING DEFENDANT'S MOTION TO COMPEL

Plaintiff has filed a Motion requesting an extension of time in which to file a response to

the Defendant's application for fees associated with preparing and filing Defendant's Motion to

Compel. For good cause shown, the Motion is granted. Plaintiff is hereby granted an additional

20 days following the Court's ruling on his motion seeking to alter, amend or otherwise set aside

the Court's Order Granting Motion to Compel entered November 3, 2005.

      **ENTERED** this _19th_ day of _December_, 2005.

                _S. Thomas Anderson_ USMJ

             United States District Court

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on _12|13|05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:04-CV-01251 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT