IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSE

| | |
|---|---|
| LEON LAKE,<br><br>　　Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE<br>MANUFACTURING COMPANY, a<br>corporation,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   04-1251-T-An<br>)<br>)<br>)<br>)<br>) |

## AMENDED RULE 16(b) SCHEDULING ORDER

Upon the Parties' joint motion, the Amended Rule 16(b) Scheduling Order filed on September 6, 2005 (Docket No. 34) is hereby modified in the following respects:

COMPLETING ALL DISCOVERY: Discovery is complete except that the parties will complete all depositions by March 31, 2006.

FILING DISPOSITIVE MOTIONS: April 28, 2006.

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)): See September 2, 2005 Omnibus Rule 16 Scheduling Order in Related Cases (Docket No. 33).

JOINT PRETRIAL ORDER: February 1, 2007.

TRIAL: February 12, 2007.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/23/05

**ORIGINAL**

Except as specifically amended by this order, the deadlines and terms of the Amended Rule 16(b) Scheduling Order filed on September 6, 2005 (Docket No. 34) shall remain in effect.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. Thomas Anderson
United States Magistrate Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 1:04-CV-01251 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT